# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TATIANA LEIBEL,<br><br>                    Petitioner,<br><br>v.<br><br>WARDEN REUBART, et al.,<br><br>                    Respondents. | Case No. 2:23-cv-00691-GMN-DJA<br><br>**ORDER** |

Respondents have filed a motion for extension of time to file their response to Petitioner Tatiana Leibel's federal habeas petition. (ECF No. 12.) This is Respondents' second request for an extension of this deadline. Leibel has filed a response, explaining that she "does not oppose the Respondents have good cause" for their motion to be granted. (ECF No. 13.) The Court finds good cause exists to grant the motion for extension.

It is therefore ordered that Respondents' motion for an extension of time [ECF No. 12] is granted. Respondents have up to and including October 13, 2023, to file their response.

DATED THIS  25  day of September 2023.

Gloria M. Navarro, Judge
United States District Court